1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TALKING RAIN BEVERAGE COMPANY, INC.,

    Plaintiff,

    v.

DS SERVICES OF AMERICA, INC.,

    Defendant.

Case No. C15-1804 RSM

ORDER GRANTING MOTION TO COMPEL AND GRANTING MOTION FOR RELIEF FROM DEADLINE

THIS MATTER comes before the Court on Defendant's Motion to Compel Discovery (Dkt. #70) and Motion for Relief from Deadlines (Dkt. #72). In its Motion to Compel, Defendant seeks an Order compelling the production of Plaintiff's shelf space agreements. Dkt. #70. Plaintiff objects to the request on the basis of relevance. Dkt. #74. In its Motion for Relief from Deadlines, Defendant seeks relief from the Expert Disclosure deadline of March 13, 2017. Dkt. #72. Plaintiff objects to the motion on the basis that the request is neither reasonable nor legitimate. Dkt. #75.

Having reviewed the motions, the oppositions thereto and the replies in support thereof, along with the remainder of the record, the Court hereby ORDERS:

1. Defendant's Motion to Compel (Dkt. #70) is GRANTED. Plaintiff shall produce any documents responsive to Defendant's Request for Production No. 34 **no later than fourteen (14) days from the date of this Order**. For the reasons set forth

ORDER - 1

by Defendant in its motion, the Court agrees that such documents are relevant and should be produced.

2. Defendant's Motion for Relief from Deadline (Dkt. #72) is GRANTED. Defendant shall disclose any expert witness opinions relating to its allegations of anticompetitive behavior **no later than twenty-eight (28) days from the date of this Order**.

DATED this 31st day of March 2017.

                                      RICARDO S. MARTINEZ
                                      CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2