# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

TALKING RAIN BEVERAGE COMPANY, INC.,

    Plaintiff,

v.

DS SERVICES OF AMERICA, INC.,

    Defendant.

No. 2:15-cv-01804-RSM

**ORDER GRANTING DEFENDANT'S <u>UNOPPOSED</u> MOTION TO FILE UNDER SEAL**

## ORDER

Before the Court is an Unopposed Motion to File Under Seal filed by Defendant DS Services of America ("DS Services"). Having considered the Motion along with any materials submitted by Plaintiff Talking Rain Beverage Company, Inc. ("Talking Rain") in support of the Motion, the Court finds that there are compelling reasons to file such pleadings under seal. As such, DS Services' Motion to File Under Seal is **GRANTED**. DS Services is permitted to file under seal Defendant's Second Amended Answer and Counterclaims.

ORDER GRANTING
DEFENDANT'S <u>UNOPPOSED</u> MOTION TO SEAL - 1
Case No. 2:15-cv-01804

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51583248.1

1  **IT IS SO ORDERED**.

2  DATED this 11 day of April 2017.

   RICARDO S. MARTINEZ
   CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

**FOSTER PEPPER PLLC**

*s/Douglas A. Grady*
Douglas A. Grady, WSBA No. 36100
Whitney J. Stowe, WSBA No. 41303
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3299
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
douglas.grady@foster.com
whitney.stowe@foster.com

*Attorneys for Defendant DS Services of America, Inc.*

ORDER GRANTING
DEFENDANT'S UNOPPOSED MOTION TO SEAL - 2
Case No. 2:15-cv-01804

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51583248.1