UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TALKING RAIN BEVERAGE COMPANY, INC.,

Plaintiff,

v.

DS SERVICES OF AMERICA, INC.,

Defendant.

No. 2:15-cv-01804-RSM

**ORDER GRANTING STIPULATED MOTION TO MODIFY REVISED ORDER SETTING TRIAL DATE AND RELATED DATES**

## ORDER

Before this Court is the parties' Stipulated Motion to Modify the Court's Revised Order Setting Trial Date and Related Dates ("Motion"). Good cause appearing, it is hereby ORDERED that the Motion is **GRANTED** and that the trial date and related dates are reset as follows:

|  | **Current Dates** | **Proposed New Dates** |
|---|---|---|
| **Discovery Completed By** | April 28, 2017 (per Dkt # 63) | June 2, 2017 |
| **All Dispositive Motions Filed & Served By** | May 19, 2017 (per Dkt. # 63) | Friday, June 16, 2017 |
| **Any Opposition Papers Filed & Served By** | - | Friday, July 14, 2017 |
| **Any Reply Papers Filed & Served By** | - | Friday, July 28, 2017 |
| **Motions *in limine* must be filed and noted on the motion calendar no later than the third Friday thereafter** | August 28, 2017 (per Dkt. # 63) | 28 days prior to New Trial Date |

ORDER GRANTING STIPULATED MOTION TO MODIFY REVISED ORDER SETTING TRIAL DATE AND RELATED DATES
- 1
Case No. 2:15-cv-01804
51601468.1

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

|  | **Current Dates** | **Proposed New Dates** |
|---|---|---|
| **Agreed Pretrial Order due** | September 13, 2017 (per Dkt. # 63) | 30 days prior to New Trial Date (per LCR 16(e) ("The proposed pretrial order, bearing the signatures of counsel for each party, shall be filed 30 days prior to the scheduled trial date, unless otherwise ordered by the court.")) |
| **Trial briefs, proposed *voir dire* questions, jury instructions, neutral statement of the case, and trial exhibits due** | September 20, 2017 (per Dkt. # 63) | 5 court days prior to New Trial Date |
| **Trial date** | September 25, 2017 (per Dkt. # 63) | no sooner than November 6, 2017 or as soon thereafter as is convenient for the Court; ("**New Trial Date**") |

The Clerk shall issue an amended Scheduling Order.

**IT IS SO ORDERED** this 20th day of April 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO MODIFY REVISED ORDER SETTING TRIAL DATE AND RELATED DATES
- 2
Case No. 2:15-cv-01804
51601468.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

*Presented by:*

**FOSTER PEPPER PLLC**

By: *s/Douglas A. Grady*
Douglas A. Grady, WSBA No. 36100
FOSTER PEPPER PLLC
1111 Third Avenue
Suite 3000
Seattle, Washington 98101-3299
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
douglas.grady@foster.com
*Attorneys for Defendant DS Services of America, Inc.*


By: *s/*
William Cheever Rava, WSBA No. 29948
PERKINS COIE LLP
1201 Third Avenue
Suite 4900
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
WRava@perkinscoie.com

WILLIAMS & CONNOLLY LLP
Robert J. Shaughnessy, admitted *pro hac vice*
725 Twelfth Street N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
bshaughnessy@wc.com
*Attorneys for Plaintiff Talking Rain Beverage Company*

ORDER GRANTING STIPULATED MOTION TO MODIFY REVISED ORDER SETTING TRIAL DATE AND RELATED DATES
- 3
Case No. 2:15-cv-01804
51601468.1

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700