UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TALKING RAIN BEVERAGE COMPANY, INC., | Case No. C15-1804 RSM |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S SUPPLEMENTAL MOTION TO SEAL CERTAIN DOCUMENTS FILED BY DEFENDANT IN CONNECTION WITH ITS MOTION FOR PARTIAL SUMMARY JUDGMENT |
| v. | |
| DS SERVICES OF AMERICA, INC., | |
| Defendant. | |

This matter comes before the Court on Plaintiff's Supplemental Motion to Seal Certain Documents Filed by Defendant In Connection with Its Motion for Partial Summary Judgment. Dkt. #114. Having considered the Motion, its supporting documents, and the entire record herein, it is hereby **ORDERED** as follows:

1.     Plaintiff's Supplemental Motion to Seal Certain Documents Filed by Defendant In Connection with Its Motion for Partial Summary Judgment (Dkt. #114) is **GRANTED**.

2.     No later than three (3) business days from the date of this Order **Defendant** shall publically file Exhibits B, H, I, J, L, M, N, and R to the Declaration of Douglas A. Grady (Dkt. #108) on the Court's docket.

3.     Exhibits A, D, and F to the Declaration of Douglas A. Grady (Dkt. #108) SHALL REMAIN under seal for the reasons cited by Plaintiff in its motion.

4.     No later than three (3) business days from the date of this Order, **Defendant** shall file an amended, redacted copy of it Motion for Partial Summary Judgment (Dkt. #106) with only

the redactions identified in the Declaration of Andrew Haring In Support of Plaintiff's Supplemental Motion to Seal Certain Documents (Dkt. #116). The motion shall remain noted for consideration on July 28, 2017, and shall merely replace the current pending motion. Defendant's unredacted Motion for Partial Summary Judgment (Dkt. #107) SHALL REMAIN under seal.

DATED this 13th day of July, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE