UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TALKING RAIN BEVERAGE COMPANY, INC.,

    Plaintiff,

v.

DS SERVICES OF AMERICA, INC.,

    Defendant.

Case No. C15-1804 RSM

ORDER GRANTING DEFENDANT'S SUPPLEMENTAL MOTION TO FILE UNDER SEAL

This matter comes before the Court on Defendant's Supplemental Motion to File Under Seal certain documents filed by Plaintiff in connection with its Motion for Partial Summary Judgment. Dkt. #117. Having considered the Motion along with the materials submitted in support of the Motion, and the remainder of the record, it is hereby **ORDERED** as follows:

1. Defendant's Supplemental Motion to File Under Seal (Dkt. #117) is **GRANTED**.

2. The Clerk SHALL unseal Plaintiff's Motion for Partial Summary Judgment (Dkt. #97), which shall remain noted for consideration on July 28, 2017, and shall replace the redacted version of the motion at Dkt. #96.

3. <u>No later than three (3) days from the date of this Order</u>, **Plaintiff** shall publically file an unredacted version of the Declaration of Christopher Hall, attaching <u>only</u> Exhibits B and C to that Declaration, on the Court's docket. Exhibit A to the Declaration of Christopher Hall is permitted to be redacted for the reasons set forth by Defendant, and shall REMAIN UNDER SEAL at Dkt. #99.

ORDER - 1

5. <u>No later than three (3) days from the date of this Order</u>, **Plaintiff** shall publically file Exhibits 1-7, 16-19 and 41 (Dkt. #101) to the Declaration of Robert J. Shaughnessy on the Court's docket. For the reasons cited by Defendant, Exhibit 42 to the Declaration of Robert J. Shaughnessy shall REMAIN UNDER SEAL at Dkt. #101.

DATED this 13th day of July, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2

51583248.1