UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TALKING RAIN BEVERAGE COMPANY, INC., | No. C15-01804 RSM |
| Plaintiff, | **ORDER GRANTING DEFENDANT DS SERVICES' UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| DS SERVICES OF AMERICA, INC., | |
| Defendant. | |

Before the Court is Defendant DS Services of America, Inc.'s Unopposed Motion to File Documents Under Seal. Upon consideration, the Court has determined that Defendant has demonstrated compelling reasons as to why the pleadings should be filed under seal. As such Defendant's Motion is GRANTED.

It is therefore ORDERED that Defendant is permitted to file under seal an unredacted version of its Reply In Support of Its Motion for Partial Summary Judgment. DS Services of America, Inc. will publicly file a redacted version of the same.

DATED this 3rd day of August 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING
DEFENDANT DS SERVICES' UNOPPOSED MOTION TO FILE
DOCUMENTS UNDER SEAL - 1
Case No. 2:15-cv-01804

51624992.1

1

*Presented by:*

2

3
FOSTER PEPPER PLLC

4

5
*s/ Douglas A. Grady*
Douglas A. Grady, WSBA No. 36100

6
Whitney J. Stowe, WSBA No. 41303
1111 Third Avenue, Suite 3000

7
Seattle, Washington 98101-3299
Telephone: (206) 447-4400

8
Facsimile: (206) 447-9700
douglas.grady@foster.com

9
whitney.stowe@foster.com

10
*Counsel for Defendant DS Services of America, Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING
DEFENDANT DS SERVICES' UNOPPOSED MOTION TO FILE
DOCUMENTS UNDER SEAL - 2
Case No. 2:15-cv-01804

51624992.1